MARY BREMER, et al., Executors, etc., Appellants, *v.* MARY
E. PENNIMAN, et al., Respondents.

(Argued January 23, 1878; decided February 5, 1878.)

REPORTED below, 11 Hun, 147.

*Waldo Hutchins* for appellants.

*Samuel Hand* and *H. S. Anderson* for respondents.

Agree to affirm.    No. opinion.
All concur.
Order affirmed.